# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 19-11733-ELF

ANTHONY M VINCENT
THERESA A MAMI
200 PENN BOULEVARD

LANSDOWNE, PA 19050

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANTHONY M VINCENT
    THERESA A MAMI
    200 PENN BOULEVARD

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER BOKAS
    20 WEST 3RD ST

    MEDIA, PA 19063-

Date: 6/14/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee