CHRISTOPHER BOKAS, ESQUIRE
20 West Third Street
Media, PA   19063-2646
Tel: 610-352-7100
Fax: 484-483-1013
Christopherbokas@gmail.com                               Attorney for Debtors


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA


In re:

Anthony M. Vincent                    :         CHAPTER

And                                   :

Theresa A. Mami                       :         No. 19-11733

          Debtors               :


**SUPPLEMENTAL CERTIFICATION OF SERVICE**


    I, Christopher Bokas, Esquire, attorney for debtors, do hereby certify that the Amended Plan filed July 01 2019 was served upon creditor Santandar Consumer USA, Inc at P.O. Box 961245, Fort Worth, TX 76161



                                      /s/ Christopher Bokas
                                      Christopher Bokas, Esquire


August 15, 2019