CHRISTOPHER BOKAS, ESQUIRE
20 West Third Street
Media, PA  19063-2646
Tel: 610-352-7100
Fax: 484-483-1013
Christopherbokas@gmail.com                                Attorney for debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| ANTHONY VINCENT and THERESA MAMI VINCENT, | : | No. 19-11733-elf |
| Debtors | : | |

CERTIFICATION OF NO RESPONSE

I, Christopher Bokas, Esquire, attorney for the debtors, do hereby certify that no response or answer has been filed to the debtors' Motion to Avoid Judicial Lien of Pennsylvania Department of Labor and Industry

October 5, 2019

/s/ Christopher Bokas
Christopher Bokas, Esquire