CHRISTOPHER BOKAS, ESQUIRE
20 West Third Street
Media, PA 19063-2646
Tel: 610.352.7100
Christopherbokas@gmail.com                    Attorney for debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE                              :        No. 19-11733

ANTHONY VINCENT and                :        Chapter 13
THERESA MAMI VINCENT,

         Debtors                   :

**AMENDED CERTIFICATE OF SERVICE**

I, Christopher Bokas, Esquire, do hereby certify that I have on the 9th day of September, 2019, I served a copy of the debtors' Motion to Avoid Lien and Notice of Motion, Response Deadline and Hearing Date in the above matter upon the parties listed below by electronic filing or U.S. Postal Service first class mail where applicable:

  -United States Trustee
  -Chapter 13 Trustee, William Miller, Esquire
  -Creditors listed on Matrix
   and, by first class mail:
  -PA Department of Labor & Industry
   Office of Chief Counsel
   651 Boas Street, 10th floor
   Harrisburg, PA 17121


                    /s/ Christopher Bokas
                    Christopher Bokas, Esquire

11.07.2019