CHRISTOPHER BOKAS, ESQUIRE
20 West Third Street
Media, PA 19063-2646
Tel: 610.352.7100
Christopherbokas@gmail.com                    Attorney for debtors


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA


IN RE                                :          No. 19-11733

ANTHONY VINCENT and                  :          Chapter 13
THERESA MAMI VINCENT,

                        Debtors

PRAECIPE TO WITHDRAW DOCUMENTS

TO THE CLERK:

        Kindly withdraw Docket entry No. 36 in the above captioned case, which was filed on
November 8, 2019



                        Respectfully submitted,



                        /s/ Christopher Bokas, Esquire
                        CHRISTOPHER BOKAS, ESQUIRE



Date: 11/13/19