**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ANTHONY M. VINCENT | : | Chapter 13 |
| | THERESA A. MAMI, | : | |
| | | : | |
| | Debtor | : | Bky. No. 19-11733 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's to Avoid Lien, which will be treated as a Motion for Valuation Under Fed. R. Bankr. P. 3012 ("the Motion"), and there being no response thereto,

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The value of the collateral securing the claim of the Pennsylvania Department of Labor and Industy (Claim No. 15) is $0.00.

3. Claim No. 11 is **DISALLOWED** as a secured claim and is **ALLOWED** as a general unsecured claim in the amount of **$10,626,35**.

Date: November 14, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**