UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ANTHONY M. VINCENT    :    Chapter 13
THERESA A. MAMI,    :
    :
Debtor    :    Bky. No.  19-11733 ELF

# A M E N D E D   O R D E R

**AND NOW,** upon consideration of the Debtor's to Avoid Lien, which will be treated as a Motion for Valuation Under Fed. R. Bankr. P. 3012 ("the Motion"), and there being no response thereto,

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The value of the collateral securing the claim of the Pennsylvania Department of Labor and Industry (Claim No. 15) is $0.00.

3. Claim No. 15 is **DISALLOWED** as a secured claim and is **ALLOWED** as a general unsecured claim in the amount of **$10,626,35**.

4. This order **SUPERSEDES** the order of November 14, 2019 (docket entry #39).

Date:  November 15, 2019

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE