United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Anthony M. Vincent
Theresa A. Mami
      Debtors

Case No. 19-11733-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Nov 15, 2019
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db/jdb         Anthony M. Vincent,    Theresa A. Mami,    200 Penn Boulevard,    Lansdowne, PA   19050-2629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
       CHRISTOPHER BOKAS    on behalf of Debtor Anthony M. Vincent ChristopherBokas@gmail.com, paralegaledp@yahoo.com
       CHRISTOPHER BOKAS    on behalf of Joint Debtor Theresa A. Mami ChristopherBokas@gmail.com, paralegaledp@yahoo.com
       REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                     TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ANTHONY M. VINCENT | : | Chapter 13 |
| | THERESA A. MAMI, | : | |
| | | : | |
| | Debtor | : | Bky. No. 19-11733 ELF |

# A M E N D E D   O R D E R

**AND NOW,** upon consideration of the Debtor's to Avoid Lien, which will be treated as a Motion for Valuation Under Fed. R. Bankr. P. 3012 ("the Motion"), and there being no response thereto,

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The value of the collateral securing the claim of the Pennsylvania Department of Labor and Industry (Claim No. 15) is **$0.00**.

3. Claim No. 15 is **DISALLOWED** as a secured claim and is **ALLOWED** as a general unsecured claim in the amount of **$10,626,35**.

4. This order **SUPERSEDES** the order of November 14, 2019 (docket entry #39).

Date:  November 15, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE