**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  **ANTHONY M. VINCENT**                             CASE NO.  **19-11733**
_Debtor_

**THERESA A. MAMI**                                         CHAPTER  **13**
_Joint Debtor_

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 18, 2019, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ Christopher Bokas, Esquire
Christopher Bokas, Esquire
Bar ID:21083
Christopher Bokas Law Office
20 West 3rd Street
Media, PA 19063
(610) 352-7100

| | | |
|---|---|---|
| AES/PHEAA<br>xx1002****<br>P.O. Box 61047<br>Harrisburg, PA 17106 | Capital One Bank<br>xx5597****<br>15000 Capital One Drive<br>Richmond, VA 23238 | Federal Loan Service<br>xx5937****<br>P.O. Bozx 60610<br>Harrisburg, PA 17106 |
| AES/Student Funding Gr.<br>xx1002****<br>P.O. Box 61047<br>Harrisburg, PA 17106 | Comenity Bank/Annie Sez<br>xx5637****<br>P.O. Box 182789<br>Columbus, OH 43218 | First Premier Bank<br>xx7800****<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104 |
| AES/Student Funding Gr.<br>xx1002****<br>P.O. Box 17106<br>Harrisburg, PA 17106 | Credit One Bank<br>xx4796****<br>P.O. Box 98875<br>Las Vegas, NV 89193 | I.C. System Inc.<br>xx8539****<br>P.O. Box 64378<br>St. Paul, MN 55164 |
| ANTHONY M. VINCENT<br>200 Penn Boulevard<br>Lansdowne, PA 19050-2629 | Credit One Bank, NA<br>xx4796****<br>P.O. Box 98875<br>Las Vegas, NV 89193 | Jefferson Capital System<br>xx4883****<br>16 McClelland Road<br>St. Cloud, MN 56303 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE: **ANTHONY M. VINCENT**　　　　　　　　　　　　　CASE NO. **19-11733**
　　　　　　　　　　　　*Debtor*

　　　　**THERESA A. MAMI**　　　　　　　　　　　　　　CHAPTER **13**
　　　　　　　　　　　　*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

Kohls/Capone
xx9305****
N 56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161

Monroe and Main
xx8016****
1112 7th Avenue
Monroe, WI 53566

U.S. Dept. of Education
xx2857****
P.O. Box 4222
Iowa City, OA 52244

Mr. Cooper
xxxxxx8917
8950 Cypress Waters Boulevard
Coppell, TX 75019

US Department of Housing and
7230
Urban Development
451 7th Street, S.W.
Washington, DC 20410

Nationstar Mortgage LLC dba Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9741

PA Department of Labor & Industry
xxx-xx-3247
Office of UC Benefits
P.O. Box 67503
Harrisburg, PA 17106-7503

PA Dept of Labor and Industry
Office of UC Benefits
651 Boas Street, 10th Flr
HArrisburg, PA 17121

Santander
xxx6257
P.O. Box 660633
Dallas, TX 75266-0633