**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                      Chapter 13

                      Bankruptcy No. 19-11733-ELF

ANTHONY M VINCENT
THERESA A MAMI
200 PENN BOULEVARD

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ANTHONY M VINCENT
    THERESA A MAMI
    200 PENN BOULEVARD

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER BOKAS
    20 WEST 3RD ST

    MEDIA, PA 19063-

                                          /S/ William C. Miller

Date: 8/4/2020                                 _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee