CHRISTOPHER BOKAS, ESQUIRE
20 West Third Street
Media, PA 19063-2646
Tel: 610.352.7100
Christopherbokas@gmail.com                    Attorney for debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | No. 19-11733-elf |
| ANTHONY A. VINCENT and, THERESA MAMI VINCENT | : | Chapter 13 |
| Debtors | : | |

### CERTIFICATION OF NO RESPONSE

I, Christopher Bokas, Esquire, attorney for the debtors, do hereby certify that no responses have been filed to the debtors' Motion to Modify Chapter 13 Plan.

/s/ *Christopher Bokas, Esq.*
CHRISTOPHER BOKAS, ESQ.

November 21, 2020