United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anthony M. Vincent  
Theresa A. Mami  
    Debtor(s)

Case No. 19-11733-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 3  
Date Rcvd: Dec 09, 2020      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anthony M. Vincent, Theresa A. Mami, 200 Penn Boulevard, Lansdowne, PA 19050-2629 |
| 14292274 | + | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14292276 | | AES/Student Funding Gr., P.O. Box 17106, Harrisburg, PA 17106 |
| 14292275 | + | AES/Student Funding Gr., P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14315255 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14292288 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, PA Department of Labor & Industry, Office of UC Benefits, 651 Boas Street, 10th Floor, Harrisburg, PA 17121 |
| 14292281 | + | Federal Loan Service, P.O. Bozx 60610, Harrisburg, PA 17106-0610 |
| 14292282 | + | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14292283 | + | I.C. System Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14292287 | + | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14332510 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14296241 | + | Nationstar Mortgage, LLC, d/b/a Mr. Cooper, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14292289 | | Santander, P.O. Box 660633, Dallas, TX 75266-0633 |
| 14301453 | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, Tx 76161-0244 |
| 14292290 | | U.S. Dept. of Education, P.O. Box 4222, Iowa City, OA 52244 |
| 14389747 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 10 2020 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2020 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2020 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 10 2020 03:05:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14292277 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 10 2020 03:10:59 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 14311434 | + | Email/Text: documentfiling@lciinc.com | Dec 10 2020 03:03:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14304199 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 10 2020 03:05:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14292278 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 19-11733-elf  Doc 69  Filed 12/11/20  Entered 12/12/20 00:44:13  Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: pdf900 | Total Noticed: 35 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 10 2020 03:37:00 | Comenity Bank/Annie Sez, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14292279 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2020 03:05:32 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14292280 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2020 03:05:32 | Credit One Bank, NA, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14292284 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 10 2020 03:38:00 | Jefferson Capital System, 16 McClelland Road, St. Cloud, MN 56303 |
| 14292285 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 10 2020 03:37:00 | Kohls/Capone, N 56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 14295534 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2020 03:08:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14314928 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2020 03:37:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14292286 | + | Email/Text: bankruptcy@sccompanies.com | Dec 10 2020 03:38:00 | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14332084 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2020 03:08:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14293062 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 10 2020 03:08:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14292675 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 10 2020 03:08:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14296252 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 10 2020 03:10:59 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2020          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER BOKAS | |

District/off: 0313-2 User: Adminstra Page 3 of 3
Date Rcvd: Dec 09, 2020 Form ID: pdf900 Total Noticed: 35

| | |
|---|---|
| CHRISTOPHER BOKAS | on behalf of Debtor Anthony M. Vincent ChristopherBokas@gmail.com paralegaledp@yahoo.com |
| | on behalf of Joint Debtor Theresa A. Mami ChristopherBokas@gmail.com paralegaledp@yahoo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANTHONY M VINCENT<br>THERESA A MAMI | Chapter 13 |
| Debtor | Bankruptcy No. 19-11733-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 9, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTOPHER BOKAS
20 WEST 3RD ST

MEDIA, PA 19063-

Debtor:
ANTHONY M VINCENT
THERESA A MAMI
200 PENN BOULEVARD

LANSDOWNE, PA 19050